**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSE QUEZADA, on behalf of himself and all others similarly situated,<br>     Plaintiffs,<br><br>-against-<br><br>BERRICLE LLC<br>     Defendant. | Case No.  1:20-cv-10930-JMF<br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Queens, New York
    March 2, 2021

                 Respectfully submitted,

                 *By: /s/ Mars Khaimov*
                 Mars Khaimov, Esq.
                 Mars Khaimov Law, PLLC
                 10826 64th Avenue, Second Floor
                 Forest Hills, New York 11375
                 marskhaimovlaw@gmail.com
                 *Attorneys for Plaintiff*