**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOSE QUEZADA, on behalf of himself and all
others similarly situated,
                    Plaintiffs,

        -against-

BERRICLE LLC
          Defendant.

Case No.  1:20-cv-10930-JMF
**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

       **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or

disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
          March 2, 2021

Respectfully submitted,

*By: /s/ Mars Khaimov*
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

Any pending motions are moot.  All conferences are vacated.
The Clerk of Court is directed to close the case.

SO ORDERED.

March 3, 2021